

| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer Court) 7:10-MJ-1211-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME OF OFFENDER Rachel Shavon Brown | DISTRICT EASTERN NORTH CAROLINA | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Robert B. Jones, Jr. | |
| **11CR0700** | DATES OF SUPERVISION → | FROM 08/11/2011 / TO 08/10/2012 |

OFFENSE  DWI Level V, 18 USC § 13, NCGS 20-138.1

FILED
10-11-11
OCT 11 2011

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

~~JUDGE HIBBLER~~   MAGISTRATE JUDGE KIM

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Northern District of Illinois upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

August 22, 2011
Date

_____
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

FILED

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

OCT 20 2011

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEPUTY CLERK

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

OCT -5 2011
Effective date

_____
United States District Judge

10-17-11